130

## IN THE MATTER OF ROBERT ABBOTT,
## AN ABSENT GRAND JUROR

1808

### JOURNAL ENTRIES

1. Rule . . . . . . . . . . . . . *Journal, infra*, \*p. 141
2. Cause shown; excused . . . . . . . . . . . "    143

### PAPERS IN FILE
[None]

## THOMAS JONES
### v.
## ANTOINE GUILLORY

1808

### JOURNAL ENTRIES

1. Continuance . . . . . . . . . . *Journal, infra*, \*p. 142
2. Discontinuance; judgment . . . . . . . . . . "    158

### PAPERS IN FILE

1. Capias and return . . . . . . . . . . . *Printed in Vol. 2*